JAMES KELLY, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued April 24, 1942; decided May 28, 1942.

*Philip Hoffer* for appellant.

*William C. Chanler, Corporation Counsel (Irving Galt* and *Paxton Blair* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.